# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133551

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 133551
COA: 275568
Berrien CC: 95-000415-FJ

ANTHONY LEE ARRINGTON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 7, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

s0723